IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LO WAH CHU | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN TOMASZEWSKI, et al. | : | NO. 11-5009 |

## **O R D E R**

**AND NOW, TO WIT:** this 21st day of May, 2012, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel.

BY THE COURT:

 S/M. FAITH ANGELL
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

Civ 12 (1/96)
41.1(b)

By E-mail:   Hon. Ronald L. Buckwalter
             Daniel J. O'Brien, Esq.        obriend@whiteandwilliams.com
             Theodore M. Schaer, Esq.       tmschaer@zarwin.com